UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Champagne Battle,**

    **Plaintiff,**

**v.**

**American Primary Healthcare, LLC**

    **Defendant.**

Case No. 2:23-cv-422
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## OPINION & ORDER

This matter arises on Defendant's Motion to Stay. (ECF No. 12.) Defendant recently retained new counsel. (*Id*., at 1.) It seeks a stay so its new counsel can "investigate this matter and familiarize themselves with the case and case docket." (*Id*., at 1.) Plaintiff has indicated that she does not oppose the stay. (ECF No. 14.) The Court **GRANTS** Defendant's Motion. The Court imposes a **THIRTY (30) DAY STAY** in this case.

    **IT IS SO ORDERED.**

**8/10/2023**                                                                    s/Edmund A. Sargus, Jr.
**DATE**                                                                          **EDMUND A. SARGUS, JR.**
                                                                      **UNITED STATES DISTRICT JUDGE**