**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

CHAMPAGNE BATTLE,

      Plaintiff,

                                         **Case No. 2:23-cv-422**
    v.                               **Judge Edmund A. Sargus, Jr.**
                                         **Magistrate Judge Kimberly A. Jolson**

AMERICAN PRIMARY HEALTHCARE, LLC.,

      Defendant.

## OPINION & ORDER

      This matter arises on Defendant's Joint Motion to Stay.  (ECF No. 16.)  The parties seek this stay because they "are in the process of exchanging information to facilitate settlement discussions."  (*Id*., at 1.)   "The parties believe that focusing their resources on resolution rather than litigation would be in the best interests of the parties at this time."  (*Id*., at 1.)  The Court **GRANTS** Defendant's Joint Motion.  The Court imposes a **FOURTY-FIVE (45) DAY STAY** in this case.  The Court will not grant any further stays unless the parties are actively engaged in settlement negotiations.  This case is to remain open.


      **IT IS SO ORDERED.**


**9/11/2023**                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**