UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHAMPAGNE BATTLE,**

    **Plaintiff,**

  v.

**AMERICAN PRIMARY HEALTHCARE, LLC.,**

    **Defendant.**

Case No. 2:23-cv-422
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter arises on Defendant's Joint Motion to Stay. (ECF No. 20.) The parties seek this stay because they "are actively engaged in settlement discussions aimed at resolving this lawsuit." (*Id*., at 1.) "The parties continue believe that focusing their resources on resolution rather than litigation would be in the best interests of the parties at this time." (*Id*.) The Court **GRANTS** Defendant's Joint Motion. The Court imposes a **FOURTY-FIVE (45) DAY STAY** in this case.

**IT IS SO ORDERED.**

**12/11/2023**
**DATE**

                                                  **s/Edmund A. Sargus, Jr.**
                                                **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**